**No. 47915.**—Protests 560870–G, etc., of Bolivian Panama Hat Co., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) certain of the harvest hats in question were held dutiable at 25 percent under paragraph 1504 (b) (5) and those imported or withdrawn from warehouse subsequent to the Netherlands Trade Agreement were held dutiable at 12½ percent under paragraph 1504 and said T. D. 48075, as claimed.

**No. 47916.**—Protest 645135–G of Nathan Zucker, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question consist of 8-bu. paper hats the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47917.**—Protests 27171–K, etc., of A. D. Cohen Co., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the merchandise in question consists of racello hats or hoods, not bleached, dyed, colored, or stained, and not blocked or trimmed, the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained on authority of Abstract 47291.

BEFORE THE THIRD DIVISION, JANUARY 14, 1943

**No. 47918.**—Protest 48747–K of Clinch Mercantile Co. (San Francisco).

Opinion by KEEFE, J. At the trial it was established that the net weight determined by the Government weigher was 58,864 pounds, whereas the importer claims a net weight of 55,397 pounds. It was found that although the Government weigher proceded in accordance with the Customs Regulations of 1937, the estimated weights obtained by him were not as accurate as the weights obtained from weighing the entire shipment. In accordance therewith, the protest was sustained and the collector directed to reliquidate the entry and assess specific duties upon the basis of the net weight of 55,397 pounds as claimed.